AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Adelman, Lynn S. | 2. Court or Organization<br><br>Eastern District of Wisconsin | 3. Date of Report<br><br>5/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>517 E. Wisconsin Ave., Rm. 364<br>Milwaukee, WI 53202 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | State of Wisconsin - Pension/Retirement | $16,101.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pace Law School | 2/22/2014-2/23/2014 | New York, New York | Moot Court Judge | travel expenses, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Exxon Mobil Corporation XOM | A | Dividend | K | T | | | | | |
| 2. Nike Stock NKE | A | Dividend | L | T | | | | | |
| 3. Pfizer PFE | B | Dividend | L | T | | | | | |
| 4. Royal Dutch Shell A Adrf RDSA | A | Dividend | J | T | | | | | |
| 5. Rental Property - Milwaukee, Wisconsin | E | Rent | N | S | | | | | |
| 6. Citizen's Bank of Mukwonago | A | Interest | L | T | | | | | |
| 7. Citizen's Bank of Mukwonago | A | Interest | L | T | | | | | |
| 8. Mutual Savings Bank | A | Interest | K | T | | | | | |
| 9. Citizen's Bank of Mukwonago | | None | J | T | | | | | |
| 10. Business - plant nursery ▓▓▓ | | None | J | W | | | | | |
| 11. Wells Fargo Mun. Fund WMFAX | A | Interest | | | Sold | 05/20/14 | L | D | |
| 12. Puerto Rico 5.0% 74514LRG4 | A | Interest | | | Sold | 05/20/14 | J | A | |
| 13. Eaton Vance Tax MGD EATVX | | None | | | Donated | | | | |
| 14. Eaton Vance Mut. FDTR ETTGX | | None | | | Sold | 05/20/14 | N | G | |
| 15. Spdr S&P Midcap 400 Etf MDY | B | Dividend | M | T | | | | | |
| 16. Energizer Holding Inc. ENR | A | Dividend | J | T | | | | | |
| 17. Alliance Bernstein Disc Value Fund ABASX | A | Dividend | | | Sold | 05/20/14 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity New Insight FD Class A FNIAX | A | Dividend | | | Sold | 05/20/14 | M | E | |
| 19. Mutual Discovery Sep IRA | | None | | | Sold | 05/20/14 | K | D | |
| 20. Henderson European Focus HFEBX | | None | | | Sold | 05/20/14 | K | D | |
| 21. Montana State Brd Hs'g ▒▒▒ | | None | | | Sold | 05/20/14 | J | A | |
| 22. Orange County FL Hs'g Fin. Auth. ▒▒▒ | A | Interest | | | Sold | 05/20/14 | J | | |
| 23. San Patricio TX Mun. Water Dist. ▒▒▒ | A | Interest | | | Sold | 05/20/14 | L | B | |
| 24. NY State Twy Auth. Hwy ▒▒▒ | A | Interest | | | Redeemed | 04/01/14 | K | | |
| 25. Puerto Rico Elec Power Auth. ▒▒▒ | B | Interest | | | Sold | 05/20/14 | L | | |
| 26. Peoria AZ Impt Dist. ▒▒▒ | B | Interest | | | Sold | 05/20/14 | L | C | |
| 27. Bay County FL Sch. Bd. ▒▒▒ | B | Interest | | | Sold | 05/20/14 | L | C | |
| 28. FL Hs'g Fin. Corp. ▒▒▒ | A | Interest | | | Redeemed (part) | 04/10/14 | J | | |
| 29. | | | | | Sold | 05/20/14 | K | A | |
| 30. Pimco Total Return PTTAX | A | Dividend | | | Sold | 05/20/14 | K | A | |
| 31. RBC Money Market (Y) | | | | | | | | | |
| 32. RBC Money Market Prime TRMXX | A | Dividend | | | Sold | 05/20/14 | P1 | | |
| 33. Gilead Sciences GILD | | None | K | T | Redeemed (part) | 02/19/14 | J | | |
| 34. W.P. Carey Inc. WPC | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Genessee Cty MI | A | Interest | | | Redeemed | 05/01/14 | K | | |
| 36. Pima Cty AZ CO BDS | A | Interest | | | Sold | 05/20/14 | L | B | |
| 37. Puerto Rico Pub Bldg Auth | A | Interest | | | Sold | 05/20/14 | K | | |
| 38. Linn Energy (LINE) | A | Dividend | | | Sold | 05/20/14 | K | | |
| 39. AB Global Bond Fund (ANAGX) | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 40. Harris County | C | Interest | | | Sold | 10/01/14 | K | | |
| 41. California ST Go Ref Bds Series | | None | | | Redeemed | 10/21/14 | K | | |
| 42. Illiois St Toll Hwy | C | Interest | M | T | | | | | |
| 43. University Tex | C | Interest | L | T | | | | | |
| 44. University Tex System | A | Interest | J | T | | | | | |
| 45. University Tex System | B | Interest | K | T | | | | | |
| 46. State of Minnesota | B | Interest | K | T | | | | | |
| 47. State of Washington | A | Interest | K | T | | | | | |
| 48. Aldine Ids | B | Interest | K | T | | | | | |
| 49. State of Florida | B | Interest | K | T | | | | | |
| 50. Denver City & Co | A | Interest | | | Sold | 05/16/14 | J | | |
| 51. Wisconsin S | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  North East Tx Isd | C | Interest | L | T | | | | | |
| 53.  Spring Branch Ids | B | Interest | K | T | | | | | |
| 54.  State of Wisconsin | B | Interest | K | T | Buy | 03/14/14 | J | | |
| 55.  Round Rock Ids | A | Interest | K | T | | | | | |
| 56.  County of Pierce | | None | | | Sold | 05/16/14 | J | | |
| 57.  State of Ohio | B | Interest | K | T | | | | | |
| 58.  University Colo Regents | B | Interest | K | T | | | | | |
| 59.  State of California | B | Interest | K | T | | | | | |
| 60.  Richardson Ids | A | Interest | | | Sold | 05/16/14 | J | | |
| 61.  Keller Ids | B | Interest | K | T | | | | | |
| 62.  Ctrl Puget Sound | B | Interest | K | T | | | | | |
| 63.  Albuqerque Bernali | A | Interest | K | T | | | | | |
| 64.  Frisco Ids | B | Interest | L | T | | | | | |
| 65.  County of Cook | B | Interest | K | T | | | | | |
| 66.  Grant Co Pud No | B | Interest | L | T | | | | | |
| 67.  Deer Park Isd | B | Interest | L | T | | | | | |
| 68.  North Carolina St Univ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA Emerging Markets DFCEX | A | Dividend | L | T | Buy | 06/20/14 | L | | |
| 70. | | | | | Buy (add'l) | 12/22/14 | K | | |
| 71. DFA International Core DFIEX | | None | M | T | Buy | 12/22/14 | N | | |
| 72. DFA Intl. Small Cap Value DISVX | | None | K | T | Buy | 12/22/14 | K | | |
| 73. DFA Intl. Vector Equity DFVQX | C | Dividend | M | T | Buy | 06/20/14 | M | | |
| 74. | | | | | Buy (add'l) | 06/23/14 | L | | |
| 75. | | | | | Sold (part) | 12/22/14 | L | | |
| 76. DFA US Core Equity 2 DFTCX | | None | O | T | Buy | 12/22/14 | O | | |
| 77. DFA US Core Equity DFQTX | D | Dividend | K | T | Buy | 06/20/14 | K | | |
| 78. | | | | | Buy (add'l) | 06/23/14 | O | | |
| 79. | | | | | Sold (part) | 12/22/14 | O | D | |
| 80. DFA Global 60/40 Portfolio DGSIX | A | Dividend | J | T | Buy | 06/20/14 | J | | |
| 81. DFA Muni Real Return DMREX | | None | M | T | Buy | 12/22/14 | M | | |
| 82. DFA Short Duration Real Return Fund DFAIX | C | Dividend | | | Buy | 06/23/14 | N | | |
| 83. | | | | | Sold | 12/23/14 | N | | |
| 84. DFA Short Term Extended DFEQX | A | Dividend | | | Buy | 08/11/14 | K | | |
| 85. | | | | | Sold | 12/22/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DFA Commodity Strategy DCMSX | A | Dividend | K | T | Buy | 06/20/14 | L | | |
| 87. | | | | | Sold (part) | 08/11/14 | J | | |
| 88. DFA Real Estate Securities DFREX | A | Dividend | L | T | Buy | 06/20/14 | L | | |
| 89. | | | | | Sold (part) | 08/11/14 | K | A | |
| 90. FL ST B/E Cap Outly ▇ | | None | M | T | Buy | 10/16/14 | M | | |
| 91. PIMCO Total Return Fund PTTRX | A | Dividend | | | Buy | 06/23/14 | K | | |
| 92. | | | | | Sold | 10/08/14 | K | A | |
| 93. Schwab Govt Fund SWGXX | | None | K | T | Buy | 05/09/14 | J | | |
| 94. Vanguard Tax-Exempt Money Market VMSXX | A | Dividend | L | T | Buy | 4/28/14 | J | | |
| 95. Vanguard Total Int'l Bond IX VTABX | | None | K | T | Buy | 12/23/14 | L | | |
| 96. State of California ▇ | | None | K | T | Open | 10/21/14 | K | | |
| 97. Henderson Evidean Focus HFEAX (x) | | None | | | Sold | 05/20/14 | L | E | |
| 98. Prothena Corp PRTA (x) | | None | | | Sold | 05/20/14 | J | A | |
| 99. Prime Fund Cap Reserves (x) | A | Dividend | | | Sold | 05/20/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 5, rental property, is located in Milwaukee County and assessed by the City of Milwaukee, Wisconsin at $374,100 with a fair market value of $390,400.

Section VII, line 8, Mutual Savings Bank was inadvertently listed twice on last year's report at lines 8 and 10. There is only one account.

Section VII, line 10, plant nursery ▮▮▮▮▮▮▮, had no net income during the reporting period.

Section VII, lines 31, 32 are accounts with broker where dividends, proceeds of investments that matured, were redeemed or sold (as disclosed in the individual investment listings in this report) were deposited during the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lynn S. Adelman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544